IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHESTER R. HOFFMAN
Inmate No. H45384,
    Plaintiff,

vs.	Case No.: 3:17cv120/LAC/EMT

JULIE JONES, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated February 27, 2017 (ECF No. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is transferred to the United States District Court for the Middle District of Florida.

3.     The Clerk is directed to close the file.

**DONE AND ORDERED** this 30th day of March, 2017.

                     s/*L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:17cv120/LAC/EMT